IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

TRAVIS SWINEY                                                                                    PLAINTIFF

V.                                         4:08CV04057 JMM

SALINE COUNTY DETENTION FACILITY                                        DEFENDANT

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case be DISMISSED WITHOUT PREJUDICE. Furthermore, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal taken from this Judgment and the accompanying Order would not be taken in good faith.

DATED this <u>8th</u> day of September, 2009.

_____
UNITED STATES DISTRICT JUDGE